```
1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   PATRICK AYMAR,              ) Nos. CV 07-02561-LEW (GGH);
12                             )      CV 07-02771 MCE (GGH);
                               )      CV 07-02798 LEW (EFB);
13    Plaintiff,               )      CV 07-02799 MCE (GGH)
                               )
14           v.                )   RELATED CASE ORDER
                               )
15                             )
   PAUL STASSINOS, et al.,     )
16                             )
      Defendants.              )
17                             )
   _____
18
   KEVIN ROSE and MELINDA      )
19 ROSE,                       )
                               )
20                             )
      Plaintiffs,              )
21                             )
             v.                )
22                             )
                               )
23 PAUL STASSINOS, et al.,     )
                               )
24    Defendants.              )
25                             )
                               )
26                             )
                               )
27                             )
   _____
28
```

```
IAN CHAMBERS,              )
                           )
     Plaintiff,            )
                           )
          v.               )
                           )
PAUL STASSINOS, et al.,    )
                           )
     Defendants.           )
_____
SHERELLE MELTON,           )
                           )
     Plaintiff,            )
                           )
          v.               )
                           )
PAUL STASSINOS, et al.,    )
                           )
     Defendants.           )
                           )
                           )
_____)
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same Judge and Magistrate Judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these

1  actions are assigned to the same Judge and Magistrate
2  Judge; no consolidation of the actions is effected.
3  Under the regular practice of this Court, related cases
4  are generally assigned to the Judge and Magistrate Judge
5  to whom the first filed action was assigned.
6
7     **IT IS THEREFORE ORDERED** that the action denominated
8  CIV. NOS. 07-02771 MCE (GGH); 07-02798 LEW (EFB); and
9  07-02799 be reassigned to Judge Ronald S.W. Lew and
10 Magistrate Judge Gregory G. Hollows for all further
11 proceedings, and any dates currently set in this
12 reassigned case only are hereby **VACATED**.  The parties
13 are referred to the attached Order Requiring Joint
14 Status Report.  Henceforth, the caption on documents
15 filed in the reassigned cases shall be shown as CIV.
16 NOS. 07-02771 LEW (GGH); 07-02798 LEW (GGH)
17 respectively.
18
19    **IT IS FURTHER ORDERED** that the Clerk of the Court
20 make appropriate adjustment in the assignment of civil
21 cases to compensate for this reassignment.
22
23 **IT IS SO ORDERED**
24
                                 **RONALD S.W. LEW**
25                             Senior U.S. District Judge
26
27 DATE: January 7, 2008
28