1  Ronald Wilcox, State Bar No. 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126
3  Tel:  (408) 296-0400
   Fax: (408) 296-0486
4  Email: ronaldwilcox@post.harvard.edu

5  Joseph Mauro (Admitted Pro Hac Vice)
   LAW OFFICE OF JOSEPH MAURO, LLC
6  306 McCall Avenue
   West Islip, NY 11795
7  Tel:  (631) 669-0921
   Fax: (631) 669-5071
8  Email: joemauroesq@hotmail.com

9  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK AYMAR,<br>         Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>         Defendants. | Case No.: CV07-02561 LEW GGH<br>Case No.: CV07-02771 LEW GGH<br>Case No.: CV07-02798 LEW GGH<br>Case No.: CV07-02799 LEW GGH |
| KEVIN ROSE, MELINDA ROSE,<br>         Plaintiffs,<br>vs.<br>PAUL STASSINOS, et al.,<br>         Defendants. | Stipulation to Continue April 24, 2008 Status Conference to May 30, 2008 and Order |
| IAN CHAMBERS,<br>         Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>         Defendants. | |
| SHERELLE MELTON,<br>         Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br><br>         Defendants. | |

Stipulation to Continue April 24, 2008 Status Conference to May 13, 2008 and [Proposed] Order

A Status Conference was set in the above-mentioned matters for April 18, 2008. The Court continued the Status Conference to April 24, 2008. Due to a scheduling conflict the parties respectfully request the Status Conference be continued to 10:00 a.m., May 30, 2008.

Dated: 4/11/08                             /s/Ronald Wilcox
                                           Ronald Wilcox
                                           Attorney for Plaintiffs

Dated: 4/11/08
                                           /s/Darrell Spence
                                           Darrell Spence
                                           Attorney for Defendant Paul R. Stassinos

Dated: 4/11/08                             /s/Candice M. Pagliero
                                           Candice M. Pagliero
                                           Attorney for Defendants Legal Recovery
                                           Services, Inc. and Alan Mecham, Alex
                                           Davido and Donna Fingold

### Order

The April 24, 2008 Status Conference is hereby continued to 10:00 a.m., May 30, 2008.

**IT IS SO ORDERED.**
**April 14, 2008**


/s/ Ronald S. W. Lew
HON. RONALD S.W. LEW
U.S. DISTRICT JUDGE

**Stipulation to Continue April 24, 2008 Status Conference to May 13, 2008 and [Proposed] Order**

PDF created with pdfFactory trial version www.pdffactory.com