Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Joseph Mauro (admitted pro hac vice)
LAW OFFICE OF JOSEPH MAURO, LLC.
306 McCall Avenue
West Islip, NY 11795
Tel: (631) 669-0921
Fax: (631) 669-5071
Email: joemauroesq@hotmail.com

Attorneys for Plaintiffs
PATRICK AYMAR and SHERELLE MELTON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK AYMAR,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL R. STASSINOS, ET AL.,<br><br>    Defendants. | Case No. 2:07-CV-02561 JAM GGH<br><br>**Stipulation Regarding Motion to Compel and Order** |
| SHERELLE MELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL R. STASSINOS, ET AL.,<br><br>    Defendants. | Case No. 2:07-CV-02799 JAM GGH<br><br>**RELATED CASES**<br><br>**U.S. DISTRICT COURT**<br>**501 I Street, Courtroom #24, 8th Floor**<br>Sacramento, CA 95814<br><br>**Date: February 5, 2009**<br>**Time: 10:00 a.m.**<br>HON. GREG HOLLOWS |

Plaintiffs filed a Motion to Compel which was set to be heard on February 5, 2009. Defendants shall produce the below information by Friday, February 6, 2009 (Defendants shall provide available deposition dates for Stassinos by February 6, 2009, with the deposition to occur after that date). The parties hereby stipulate to the following:

1) **Financial Condition and Net Worth**: The parties shall enter into a Stipulated Protective Order. Defendants shall produce all responsive documents relating to financial condition and net worth for the past three years. Defendants shall supplement their responses to Interrogatory #12 (Identify the net worth including the assets and liabilities of Defendant). Paul Stassinos will testify at deposition regarding his financial condition and net worth.
2) **Personnel files**: Defendants shall produce the personnel files of Alex Davido and Adam Perry (excluding items such as medical information, sick leave, etc) for the past three years. The parties understand the documents sought are disciplinary records, performance evaluations, Fair Debt Collection Practices Act tests, and salary/compensation information, etc.).
3) **Consumer complaints**: Defendants shall inform Plaintiffs by Friday, January 30, 2009, whether there are any responsive documents, and whether such will be voluntarily produced.
4) **Telephone records/billing records**: Defendants shall produce all responsive documents, at first redacted to only reveal the phone numbers relating to Plaintiffs' accounts. In the event Plaintiff believes the documents are not redacted properly the parties will meet and confer regarding whether other documents need to be produced.

Date: 1/27/09

Respectfully,

/s/Candace Pagliero
_____
Candace Pagliero

/s/Darrell Spence
_____
Darrell Spence

/s/Ronald Wilcox
_____
Ronald Wilcox

ORDER

The stipulation of the parties is hereby adopted. The Motion to Compel (Docket # 40 in case # 2561) is vacated without prejudice to its renewal, if necessary.

**IT IS SO ORDERED.**

Date: January 29, 2009

  /s/ Gregory G. Hollows
HON. GREGORY HOLLOWS
U.S. MAGISTRATE JUDGE