1   JAMES R. PAGLIERO, ESQ. - #095898
    CANDACE M. PAGLIERO, ESQ. - #167530
2   PAGLIERO & ASSOCIATES
    A Professional Corporation
3   5701 Marconi Avenue
    Carmichael, CA 95608
4   (916) 481-7100 Fax: (916) 481-7101

5   Attorneys for defendants Legal
    Recovery Services, Inc., Alan Mecham,
6   Alex Davido and Adam Perry

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11

     PATRICK AYMAR,                    )    No. 2:07-CV-02561-JAM-GGH
12                                      )
           Plaintiff,                   )
13                                      )    **STIPULATION AND ORDER TO SET**
        v.                              )    **DEPOSITION OF ALEX DAVIDO**
14                                      )    **FOR APRIL 17, 2009 AND EXTEND**
     PAUL R. STASSINOS, an Individual,  )    **DISCOVERY**
15   ALEX DAVIDO, an Individual, LEGAL  )
     RECOVERY SERVICES, INC., a         )
16   California Corporation, ALAN       )
     MECHAM, an Individual, ADAM        )
17   PERRY, an Individual, and DOES 1-10,)
                                        )
18         Defendants.                  )
     _____ )
19

20         WHEREAS Plaintiff, Patrick Aymar first noticed the deposition of Defendant Alex

21   Davido to take place on February 3, 2009, and

22         WHEREAS prior to February 3, 2009 Defendant Alex Davido alleged he sustained

23   physical injury which will require him to undergo surgery as a means of treating said

24   injuries, and that in the meantime Mr. Davido has been taking Hydrocodone with

25   Acetaminophen,  a narcotic pain reliever, for the purpose of managing his moderate to

26   severe pain relating to said injury, and

27         WHEREAS Defendant Alex Davido's alleges his doctor has indicated that the effects

28   of said narcotic pain reliever are likely to adversely affect his ability to testify in deposition,

                                        1

1 and that Mr. Davido's estimated recovery time will be between four to six weeks following

2 his surgery (presently re-scheduled for March 12, 2009)

3      WHEREAS, Plaintiff requested evidence of Davido's medical condition, but received

4 none. Therefore, on February 26, 2009 Plaintiff brought a Motion to Compel Davido's

5 deposition for a date certain, and/or extend the April 17, 2009 discovery cutoff as to

6 Davido, if Davido could produce evidence from a doctor of is medical condition.

7      WHEREAS, at the March 5, 2009 Motion to Compel hearing, Davido's counsel

8 informed the Court the surgery was set for April 3, 2009 (but believes the surgery may now

9 be March 12, 2009). The Hon. G. Hollows suggested the parties provide a stipulation and

10 proposed Order to the Hon. J. Mendez by March 12, 2009: 1) detailing Davido's medical

11 condition, with an attached note form his doctor indicating he is unavailable for a

12 deposition at this time (which Davido's counsel has completed efforts towards securing, but

13 has not yet succeeded in acquiring), 2) where the parties agree to a date certain for his

14 deposition within 4 weeks from the date of surgery and which seeks an extension of the

15 discovery cutoff , as to Davido, not to exceed 60 days, and 3) where Davido confirms

16 (which he has by providing to Plaintiff in writing) verified responses to the document

17 demand included in the deposition notice referenced above.

18      It is hereby agreed and stipulated by the undersigned parties that the discovery in this

19 matter, as to Davido, may be extended until and including 60 days from the March 5, 2009

20 hearing on Plaintiff's motion to compel, i.e. May 4, 2009. Furthermore, the parties stipulate

21 to taking the deposition of Davido on April 17, 2009.

22 IT IS SO STIPULATED.

23

24 DATED: March _____, 2009

        By_____

25           Ronald Wilcox

          Attorneys for Plaintiff Patrick Aymar

26

27

28

DATED: March __12__, 2009          PAGLIERO & ASSOCIATES
                                    A Professional Corporation


                                    By___/s/ Candace M. Pagliero_____
                                       CANDACE M. PAGLIERO
                                       Attorneys for defendants Legal
                                        Recovery Services, Inc., Alan Mecham, Alex
                                        Davido and Adam Perry

## **ORDER**

   **IT IS SO ORDERED the Stipulation of the Parties is adopted by the Court**.


DATED: 3/18/2009
                                    /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
                                    U. S. DISTRICT  JUDGE

C:\Documents and Settings\HVine\Desktop\07cv2561.o.318.WPD