Ronald Wilcox, State Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

Joseph Mauro (Admitted Pro Hac Vice)
LAW OFFICE OF JOSEPH MAURO, LLC
306 McCall Avenue
West Islip, NY 11795
Tel: (631) 669-0921
Fax: (631) 669-5071
Email: joemauroesq@hotmail.com

Robert Brennan, Bar# 132449
Brennan Wiener and Associates
3150 Montrose Ave.
La Crescenta, CA 91214
Tel: (818) 249-5291
Fax: (818) 249-4329

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK AYMAR,<br>      Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>      Defendants. | Case No.: CV07-02561 JAM GGH<br>Case No.: CV07-02798 JAM GGH<br>Case No.: CV07-02799 JAM GGH |
| IAN CHAMBERS,<br>      Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>      Defendants. | **PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO CONSOLIDATE HEARING AND [PROPOSED] ORDER**<br><br>Date:     July 1, 2009<br>Time:    9:00 a.m. |
| SHERELLE MELTON,<br>      Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>      Defendants. | Location: U.S. DISTRICT COURT<br>              501 I Street, Courtroom #6, 14th Flr<br>              Sacramento, CA 95814<br><br>HON. JOHN A. MENDEZ |

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO
CONSOLIDATE HEARING AND [PROPOSED] ORDER - Page 1

1  Plaintiffs' counsel's office is located in San Jose, CA. Furthermore, in order to reduce
2  costs and fees Plaintiffs' counsel respectfully requests to be allowed to appear at the Motion to
3  Consolidate hearing scheduled for July 1, 2009, via telephone (408-296-0477). Defendants have
4  not filed an opposition to the Motion to Consolidate.

DATED: 6/23/09

_____
Ronald Wilcox, Attorney for Plaintiff

## [PROPOSED] ORDER

Plaintiffs' Request for Telephonic Appearance at the July 1, 2009 Motion to Consolidate hearing is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 6/25/09

_____
HON. JOHN A. MENDEZ
U.S. DISTRICT JUDGE