1 | JAMES R. PAGLIERO, ESQ. - SB#095898
CANDACE M. PAGLIERO, ESQ. - SB#167530
2 | PAGLIERO & ASSOCIATES, APC
5701 Marconi Avenue
3 | Carmichael, CA 95608
(916) 481-7100 Fax: (916) 481-7101
4 | e-mail: jpagliero@paglierolaw.com
e-mail: cpagliero@paglierolaw.com

5 | Attorneys for defendant Legal Recovery Services, Inc.

6 | RONALD WILCOX, ESQ. - SB#176601
ATTORNEY AT LAW
7 | 2160 The Alameda
First Floor, Ste. F
8 | San Jose, CA 95126
(408) 296-0400 Fax: (408) 296-0486
9 | e-mail: ronaldwilcox@mac.com

JOSEPH MAURO, ESQ. (Admitted *Pro Hac Vice*)
10 | LAW OFFICE OF JOSEPH MAURO, LLC.
306 McCall Avenue
11 | (631) 669-0921 Fax: (631) 669-5071
e-mail: joemauroesq@hotmail.com  est Islip, NY 11795

12 | ROBERT F. BRENNAN, ESQ., - SB# 132449
BRENNAN WIENER AND ASSOCIATES
13 | 3150 Montrose Avenue
La Crescenta, CA 91214
14 | (818) 249-5291 Fax: (818) 249-4329
e-mail: rbrennan@brennanlaw.com

15 | Attorneys for Plaintiffs

**FILED**

FEB -3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK AYMAR, | No. 2:07-CV-02561-JAM-GGH |
| Plaintiff, | Consolidated Case Numbers: |
| v. | Case No. 07-cv-02798 JAM-GGH |
| PAUL R. STASSINOS, et al., | Case No. 07-cv-02799 JAM-GGH |
| Defendants. | |
| IAN CHAMBERS, | PROPOSED STIPULATED JUDGMENT AS TO PLAINTIFF SHERELLE MELTON |
| Plaintiff, | |
| v. | |
| PAUL R. STASSINOS, et al., | |
| Defendants. | |

1

Proposed Stipulated Judgment
as to Plaintiff Sherelle Melton

Aymar v. Stassinos et. al.
Case No. 2:07-CV-02561-JAM-GGH

| | |
|---|---|
| SHERELLE MELTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| PAUL R. STASSINOS, et al., | ) |
| Defendants. | ) |

The parties hereby stipulate and agree that Judgment shall be entered as follows:

1. Judgment in favor of Plaintiff SHERELLE MELTON, against only defendant LEGAL RECOVERY SERVICES, INC., in the sum of Thirty Three Thousand Three Hundred Thirty Three dollars and Thirty Three cents ($33,333.33). This amount is inclusive of any an all costs, fees, and all other litigation and related expenses.

2. Judgment of dismissal, with prejudice, against SHERELLE MELTON, in favor of only defendants PAUL R. STASSINOS, ALAN MECHAM, ADAM PERRY and ALEX DAVIDO.

3. Each party to bear their respective costs, fees, and all other litigation expenses.

Dated: ~~October~~ ___, ~~2010~~
JANUARY 25, 2011

LAW OFFICE OF JOSEPH MAURO, LLC

By: _____
JOSEPH MAURO
Attorney for Plaintiffs

Dated: October 19, 2010

PAGLIERO & ASSOCIATES, APC

By: _____
CANDACE M. PAGLIERO
Attorney for Defendant Legal Recovery Services

Dated: October ___, 2010

_____
ALEX DAVIDO, Defendant Pro Se

Dated: October 18, 2010

_____
PAUL STASSINOS, Defendant Pro Se

2

Proposed Stipulated Judgment
as to Plaintiff Sherelle Melton

Aymar v. Stassinos et. al.
Case No. 2:07-CV-02561-JAM-GGH

1  SHERELLE MELTON,                          )
2              Plaintiff,                    )
       v.                                    )
3  PAUL R. STASSINOS, et al.,                )
4              Defendants.                   )

The parties hereby stipulate and agree that Judgment shall be entered as follows:

1. Judgment in favor of Plaintiff SHERELLE MELTON, against only defendant LEGAL RECOVERY SERVICES, INC., in the sum of Thirty Three Thousand Three Hundred Thirty Three dollars and Thirty Three cents ($33,333.33). This amount is inclusive of any an all costs, fees, and all other litigation and related expenses.

2. Judgment of dismissal, with prejudice, against SHERELLE MELTON, in favor of only defendants PAUL R. STASSINOS, ALAN MECHAM, ADAM PERRY and ALEX DAVIDO.

3. Each party to bear their respective costs, fees, and all other litigation expenses.

Dated: ~~October~~, ~~2010~~           LAW OFFICE OF JOSEPH MAURO, LLC
       January 25, 2011
                                       By: _____
                                           JOSEPH MAURO
                                           Attorney for Plaintiffs

Dated: October 19, 2010                PAGLIERO & ASSOCIATES, APC

                                       By: _____
                                           JAMES R. PAGLIERO
                                           Attorney for Defendant Legal Recovery Services

Judgment is to be entered as stipulated.

DATED: 2-3-2011                        _____
                                       HON. JOHN A. MENDEZ
                                       United States District Court Judge
                                       Eastern District of California

P:\Aymar\Pld\Misc\Stip.Judgment2(Melton).wpd

2

Proposed Stipulated Judgment                          Aymar v. Stassinos et. al.
as to Plaintiff Sherelle Melton                       Case No. 2:07-CV-02561-JAM-GGH