1  JAMES R. PAGLIERO, ESQ. - SB#095898
   CANDACE M. PAGLIERO, ESQ. - SB#167530
2  PAGLIERO & ASSOCIATES, APC
   5701 Marconi Avenue
3  Carmichael, CA 95608
   (916) 481-7100 Fax: (916) 481-7101
4  e-mail: jpagliero@paglierolaw.com
   e-mail: cpagliero@paglierolaw.com

5  Attorneys for defendant Legal Recovery Services, Inc.,

6  RONALD WILCOX, ESQ. - SB#176601
   ATTORNEY AT LAW
7  1900 The Alameda, Ste. 530
   San Jose, CA 95126
8  (408) 296-0400 Fax: (408) 296-0486
   e-mail: ronaldwilcox@mac.com

9  JOSEPH MAURO, ESQ. (Admitted Pro Hac Vice)
   LAW OFFICE OF JOSEPH MAURO, LLC.
10 306 McCall Avenue
   (631) 669-0921 Fax: (631) 669-5071
11 e-mail: joemauroesq@hotmail.com  est Islip, NY 11795

12 ROBERT F. BRENNAN, ESQ., - SB# 132449
   BRENNAN WIENER AND ASSOCIATES
13 3150 Montrose Avenue
   La Crescenta, CA 91214
   (818) 249-5291 Fax: (818) 249-4329
14 e-mail: rbrennan@brennanlaw.com

15 Attorneys for Plaintiffs

**FILED**

FEB - 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK AYMAR,<br><br>    Plaintiff,<br>v.<br>PAUL R. STASSINOS, et al.,<br>    Defendants.<br><br>IAN CHAMBERS,<br>    Plaintiff,<br>v.<br>PAUL R. STASSINOS, et al.,<br>    Defendants. | No. 2:07-CV-02561-JAM-GGH<br><br>Consolidated Case Numbers:<br>Case No. 07-cv-02798 JAM-GGH<br>Case No. 07-cv-02799 JAM-GGH<br><br>**PROPOSED STIPULATED JUDGMENT AS TO PLAINTIFF PATRICK AYMAR** |

1

Proposed Stipulated Judgment                              Aymar v. Stassinos et. al.
as to Plaintiff Patrick Aymar                             Case No. 2:07-CV-02561-JAM-GGH

1  SHERELLE MELTON,
2           Plaintiff,
   v.
3  PAUL R. STASSINOS, et al.,
4           Defendants.
5  _____

6  The parties hereby stipulate and agree that Judgment shall be entered as follows:

7  1.  Judgment in favor of Plaintiff PATRICK AYMAR, against only defendant LEGAL RECOVERY SERVICES, INC., in the sum of Thirty Three Thousand Three Hundred Thirty Three dollars and Thirty Three cents ($33,333.33). This amount is inclusive of any an all costs, fees, and all other litigation and related expenses.

8  2.  Judgment of dismissal, with prejudice, against PATRICK AYMAR, in favor of only defendants PAUL R. STASSINOS, ALAN MECHAM, ADAM PERRY and ALEX DAVIDO.

9  3.  Each party to bear their respective costs, fees, and all other litigation expenses.

Dated: ~~October~~ _____, 2010        LAW OFFICE OF JOSEPH MAURO, LLC
       JANUARY 25, 2011

                                      By: _____
                                          JOSEPH MAURO
                                          Attorney for Plaintiffs

Dated: October 19, 2010               PAGLIERO & ASSOCIATES, APC

                                      By: _____
                                          JAMES R. PAGLIERO
                                          Attorney for Defendant Legal Recovery Services

Judgment is to be entered as stipulated.

DATED: _____

                                      _____
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge
                                      Eastern District of California

P:\Aymar\Pld\Misc\Stip Judgment2(Aymar).wpd

2

Proposed Stipulated Judgment                                    Aymar v. Stassinos et. al.
as to Plaintiff Patrick Aymar                                   Case No. 2:07-CV-02561-JAM-GGH

JAMES R. PAGLIERO, ESQ. - SB#095898
CANDACE M. PAGLIERO, ESQ. - SB#167530
PAGLIERO & ASSOCIATES, APC
5701 Marconi Avenue
Carmichael, CA 95608
(916) 481-7100 Fax: (916) 481-7101
e-mail: cpagliero@paglierolaw.com

Attorneys for defendants Legal Recovery Services, Inc.,
Alan Mecham, Alex Davido and Adam Perry

RONALD WILCOX, ESQ. - SB#176601
ATTORNEY AT LAW
1900 The Alameda, Ste. 530
San Jose, CA 95126
(408) 296-0400 Fax: (408) 296-0486
e-mail: ronaldwilcox@mac.com

JOSEPH MAURO, ESQ. (Admitted Pro Hac Vice)
LAW OFFICE OF JOSEPH MAURO, LLC.
306 McCall Avenue
(631) 669-0921 Fax: (631) 669-5071
e-mail: joemauroesq@hotmail.comest Islip, NY 11795

ROBERT F. BRENNAN, ESQ., - SB# 132449
BRENNAN WIENER AND ASSOCIATES
3150 Montrose Avenue
La Crescenta, CA 91214
(818) 249-5291 Fax: (818) 249-4329
e-mail: rbrennan@brennanlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK AYMAR,<br><br>    Plaintiff,<br>v.<br><br>PAUL R. STASSINOS, et al.,<br><br>    Defendants.<br><br>IAN CHAMBERS,<br><br>    Plaintiff,<br>v.<br><br>PAUL R. STASSINOS, et al.,<br><br>    Defendants. | No. 2:07-CV-02561-JAM-GGH<br><br>Consolidated Case Numbers:<br>Case No. 07-cv-02798 JAM-GGH<br>Case No. 07-cv-02799 JAM-GGH<br><br>**PROPOSED STIPULATED JUDGMENT AS TO PLAINTIFF PATRICK AYMAR** |

1

```
1   SHERELLE MELTON,                      )
2                   Plaintiff,            )
        v.                                )
3   PAUL R. STASSINOS, et al.,            )
4                   Defendants.           )
5
```

6   The parties hereby stipulate and agree that Judgment shall be entered as follows:

7       1.    Judgment in favor of Plaintiff PATRICK AYMAR, against only defendant LEGAL RECOVERY SERVICES, INC., in the sum of Thirty Three Thousand Three Hundred Thirty Three dollars and Thirty Three cents ($33,333.33). This amount is inclusive of any an all costs, fees, and all other litigation and related expenses.

11      2.    Judgment of dismissal, with prejudice, against PATRICK AYMAR, in favor of only defendants PAUL R. STASSINOS, ALAN MECHAM, ADAM PERRY and ALEX DAVIDO.

14      3.    Each party to bear their respective costs, fees, and all other litigation expenses.

16  Dated: ~~October~~ ~~,2010~~
        JANUARY 25, 2011

LAW OFFICE OF JOSEPH MAURO, LLC

By: _____
JOSEPH MAURO
Attorney for Plaintiffs

20  Dated: October 19, 2010

PAGLIERO & ASSOCIATES, APC

By: _____
CANDACE M. PAGLIERO
Attorney for Defendant Legal Recovery Services

24  Dated: October ____, 2010

_____
ALEX DAVIDO, Defendant Pro Se

26  Dated: October 19, 2010

_____
PAUL STASSINOS, Defendant Pro Se

2

1 | Judgment is to be entered as stipulated.

2 | DATED: 2-3-2011

3 |
4 | HON. JOHN A. MENDEZ
United States District Court Judge
Eastern District of California

17 | P:\Aymar\Pld\Misc\Stip.Judgment(Aymar).wpd

3

Proposed Stipulated Judgment
as to Plaintiff Patrick Aymar

Aymar v. Stassinos et. al.
Case No. 2:07-CV-02561-JAM-GGH