JAMES R. PAGLIERO, ESQ. - SB#095898
CANDACE M. PAGLIERO, ESQ. - SB#167530
PAGLIERO & ASSOCIATES, APC
5701 Marconi Avenue
Carmichael, CA 95608
(916) 481-7100 Fax: (916) 481-7101
e-mail: cpagliero@paglierolaw.com

Attorneys for defendants Legal
Recovery Services, Inc., Alan Mecham,
Alex Davido and Adam Perry

RONALD WILCOX, ESQ. - SB#176601
ATTORNEY AT LAW
1900 The Alameda, Ste. 530
San Jose, CA 95126
(408) 296-0400 Fax: (408) 296-0486
e-mail: ronaldwilcox@mac.com

JOSEPH MAURO, ESQ. (Admitted *Pro Hac Vice*)
LAW OFFICE OF JOSEPH MAURO, LLC.
306 McCall Avenue
(631) 669-0921 Fax: (631) 669-5071
e-mail: joemauroesq@hotmail.com est Islip, NY 11795

ROBERT F. BRENNAN, ESQ., - SB# 132449
BRENNAN WIENER AND ASSOCIATES
3150 Montrose Avenue
La Crescenta, CA 91214
(818) 249-5291 Fax: (818) 249-4329
e-mail: rbrennan@brennanlaw.com

Attorneys for Plaintiffs

**FILED**

FEB - 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK AYMAR,<br><br>Plaintiff,<br>v.<br><br>PAUL R. STASSINOS, et al.,<br><br>Defendants.<br><br>IAN CHAMBERS,<br><br>Plaintiff,<br>v.<br><br>PAUL R. STASSINOS, et al.,<br><br>Defendants. | No. 2:07-CV-02561-JAM-GGH<br><br>Consolidated Case Numbers:<br>Case No. 07-cv-02798 JAM-GGH<br>Case No. 07-cv-02799 JAM-GGH<br><br>**PROPOSED STIPULATED JUDGMENT<br>AS TO PLAINTIFF IAN CHAMBERS** |

| | |
|---|---|
| 1 | SHERELLE MELTON, ) |
| 2 | Plaintiff, ) |
| | v. ) |
| 3 | PAUL R. STASSINOS, et al., ) |
| 4 | Defendants. ) |

The parties hereby stipulate and agree that Judgment shall be entered as follows:

1. Judgment in favor of Plaintiff IAN CHAMBERS, against only defendant LEGAL RECOVERY SERVICES, INC., in the sum of Thirty Three Thousand Three Hundred Thirty Three dollars and Thirty Three cents ($33,333.33). This amount is inclusive of any an all costs, fees, and all other litigation and related expenses.

2. Judgment of dismissal, with prejudice, against IAN CHAMBERS, in favor of only defendants PAUL R. STASSINOS, ALAN MECHAM, ADAM PERRY and DONNA FINGOLD.

3. Each party to bear their respective costs, fees, and all other litigation expenses.

Dated: ~~October~~ ___, ~~2010~~      LAW OFFICE OF JOSEPH MAURO, LLC
JANUARY 25, 2011

By: _____
JOSEPH MAURO
Attorney for Plaintiffs

Dated: October 19, 2010      PAGLIERO & ASSOCIATES, APC

By: _____
JAMES R. PAGLIERO
Attorney for Defendant Legal Recovery Services

Judgment is to be entered as stipulated.

DATED: _____

_____
HON. JOHN A. MENDEZ
United States District Court Judge
Eastern District of California

P:\Aymar\Pld\Misc\Stip.Judgment2(Chambers).wpd

2

```
1  SHERELLE MELTON,                    )
                                       )
2            Plaintiff,                )
     v.                                )
3                                      )
   PAUL R. STASSINOS, et al.,          )
4                                      )
             Defendants.               )
5  _____)
```

6   The parties hereby stipulate and agree that Judgment shall be entered as follows:

7       1.    Judgment in favor of Plaintiff IAN CHAMBERS, against only defendant LEGAL RECOVERY SERVICES, INC., in the sum of Thirty Three Thousand Three Hundred Thirty Three dollars and Thirty Three cents ($33,333.33). This amount is inclusive of any an all costs, fees, and all other litigation and related expenses.

11      2.    Judgment of dismissal, with prejudice, against IAN CHAMBERS, in favor of only defendants PAUL R. STASSINOS, ALAN MECHAM, ADAM PERRY and DONNA FINGOLD.

14      3.    Each party to bear their respective costs, fees, and all other litigation expenses.

16  Dated: ~~October~~ ____, 2010        LAW OFFICE OF JOSEPH MAURO, LLC
    January 25, 2011

    By: _____
        JOSEPH MAURO
        Attorney for Plaintiffs

20  Dated: October 19, 2010        PAGLIERO & ASSOCIATES, APC

    By: _____
        CANDACE M. PAGLIERO
        Attorney for Defendant Legal Recovery Services

24  Dated: October ____, 2010

    _____
    DONNA FINGOLD, Defendant Pro Se

    Dated: October 18, 2010

    _____
    PAUL STASSINOS, Defendant Pro Se

1  SHERELLE MELTON, )
2            Plaintiff, )
     v. )
3  PAUL R. STASSINOS, et al., )
4            Defendants. )
5  

6  The parties hereby stipulate and agree that Judgment shall be entered as follows:

7    1.   Judgment in favor of Plaintiff IAN CHAMBERS, against only defendant LEGAL RECOVERY SERVICES, INC., in the sum of Thirty Three Thousand Three Hundred Thirty Three dollars and Thirty Three cents ($33,333.33). This amount is inclusive of any an all costs, fees, and all other litigation and related expenses.

   2.   Judgment of dismissal, with prejudice, against IAN CHAMBERS, in favor of only defendants PAUL R. STASSINOS, ALAN MECHAM, ADAM PERRY and DONNA FINGOLD.

   3.   Each party to bear their respective costs, fees, and all other litigation expenses.

Dated: ~~October~~ ___, 2010        LAW OFFICE OF JOSEPH MAURO, LLC
JANUARY 25, 2011

                                    By: _____
                                        JOSEPH MAURO
                                        Attorney for Plaintiffs

Dated: October ___, 2010            PAGLIERO & ASSOCIATES, APC

                                    By: _____
                                        CANDACE M. PAGLIERO
                                        Attorney for Defendant Legal Recovery Services

Dated: October 19, 2010             _____
                                    DONNA FINGOLD, Defendant Pro Se

Dated: October ___, 2010            _____
                                    PAUL STASSINOS, Defendant Pro Se

2

1    Judgment is to be entered as stipulated.

3    DATED: 2-3-2011

HON. JOHN A. MENDEZ  
United States District Court Judge  
Eastern District of California

P:\Aymar\Pld\Misc\Stip Judgment(Melton).wpd

3